UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF NEW YORK

ADALBERTO ARIZA
*on behalf of himself, FLSA Collective Plaintiffs, and the class,*

    Plaintiff,

v.

SARUHAN NYC CORP,
d/b/a ANGELO BELLINI and
ALPARSLAN SARUHAN

    Defendants.

Case No.: 1:21-cv-04562

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff ADALBERTO ARIZA hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated August 2, 2021 and annexed hereto as **Exhibit A**.

Dated: August 2, 2021

    Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*