**UNITED STATES DISTRICT COURT**
**SOTHERN DISTRICT OF NEW YORK**

---

ADALBERTO ARIZA
*on behalf of himself, FLSA Collective Plaintiffs, and the class,*

                Plaintiff,

  v.

SARUHAN NYC CORP,
 d/b/a ANGELO BELLINI and
ALPARSLAN SARUHAN

                Defendants.

---

Case No.: 1:21-cv-04562

**[PROPOSED]**
**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Saruhan NYC Corp. d/b/a Angelo Bellini and Alparslan Saruhan ("Defendants") having offered to allow Plaintiff Adalberto Ariza ("Plaintiff") to take a judgment against it, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 2, 2021 and filed as Exhibit A to Docket Number 17;

    **WHEREAS**, on August 2, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgement (Dkt. No. 17);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Adalberto Ariza, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 2, 2021 and filed as Exhibit A to Docket Number 17. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____, 2021        _____
     New York, New York                                  U.S.D.J.