UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF NEW YORK

ADALBERTO ARIZA
*on behalf of himself, FLSA Collective Plaintiffs,*
*and the class,*

         Plaintiff,

v.

SARUHAN NYC CORP,
d/b/a ANGELO BELLINI and
ALPARSLAN SARUHAN

         Defendants.

Case No.: 1:21-cv-04562 (KPF)

**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Saruhan NYC Corp. d/b/a Angelo Bellini and Alparslan Saruhan ("Defendants") having offered to allow Plaintiff Adalberto Ariza ("Plaintiff") to take a judgment against it, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 2, 2021 and filed as Exhibit A to Docket Number 17;

    **WHEREAS**, on August 2, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgement (Dkt. No. 17);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Adalberto Ariza, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 2, 2021 and filed as Exhibit A to Docket Number 17. The Clerk of Court is directed to close this case.

**SO ORDERED:**

Dated:   August 2  , 2021
      New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge